UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL KENNETH SIMS, | ) | Case No. ED CV 11-171 DDP (MRW) |
|       Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF |
| GEORGE GIURBINO, Warden, | ) | UNITED STATES MAGISTRATE JUDGE |
|       Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATE: _September 20, 2011_      _____

                                           HON. DEAN D. PREGERSON
                                           UNITED STATES DISTRICT JUDGE