# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL KENNETH SIMS,<br><br>        Petitioner,<br>    vs.<br><br>GEORGE GIURBINO, Warden,<br><br>        Respondent. | Case No. ED CV 11-171 DDP (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATE: _September 20, 2011_     _____

                                        HON. DEAN D. PREGERSON<br>                                        UNITED STATES DISTRICT JUDGE