UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL KENNETH SIMS, | ) Case No. ED CV 11-171 DDP (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| GEORGE GIURBINO, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: _September 20, 2011_     _____
                                HON. DEAN D. PREGERSON
                                UNITED STATES DISTRICT JUDGE